# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**AMOS WALKER,**

    **Plaintiff,**

**vs.**                                                        **Case No. 4:17cv09-WS/CAS**

**OFFICER AILY,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case in early January 2017. ECF No. 1. Plaintiff filed an in forma pauperis motion, but did not file a complaint. Plaintiff was required to file a complaint by February 8, 2017. ECF No. 3. Additionally, Plaintiff's in forma pauperis motion, ECF No. 1, was granted and Plaintiff was assessed an initial partial filing fee of $3.33 which was to be paid on or before February 10, 2017. *Id.* Plaintiff has neither filed a complaint nor paid the assessed initial partial filing fee.

Plaintiff was warned that failing to comply with the Order would result in a recommendation of dismissal of this action. ECF No. 3. It now appears that Plaintiff has abandoned this litigation. Accordingly, this case

should now be dismissed without prejudice because Plaintiff has failed to comply with court orders and failed to prosecute this case.

## Recommendation

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on March 23, 2017.

S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**